# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

Bridget M. McCormack,
Chief Justice

159962

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

NICOLE McLEAN, Personal Representative
of the ESTATE OF LINDA YORK,
    Plaintiff-Appellant,

v

    SC: 159962
    COA: 341603
    Wayne CC: 16-008774-NO

BERGER REALTY GROUP, INC.,
    Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the April 23, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



a0129

Clerk